CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rlhe
JUN 20 2005
JOHN F. CORCORAN, CLERK
BY: H McDrnao
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HAMMACK, | ) | |
| Petitioner, | ) | Civil Action No. 7:05cv00196 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Jackson L. Kiser |
| Respondent. | ) | Senior U.S. District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED AND ORDERED** that the petitioner's motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 shall be and is hereby **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings. This case is stricken from the active docket of this court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 20th day of June, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge